UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 09-20534-CR- GOLD**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAVIER ZAMBRANA,

    Defendant.

_____/

**OBJECTIONS TO THE PRE-SENTENCE REPORT AND
REQUEST FOR VARIANCE**

Javier Zambrana, through counsel files his Objections to the Pre-sentence Investigation Report ("PSI") and request for variance and states as follows:

Objection to Paragraph 3

Paragraph 3 incorrectly states that parties will jointly recommend that the Court impose a sentence within the advisory guideline range.  The parties full agreement was that the parties would recommend that the Court impose a sentence within the advisory guideline range  "***except for the variance arguments the defendant may make at sentencing***" as contemplated in paragraph 12 of the plea agreement which states that the defendant may argue for a variance under 18 U.S.C. § 3553 "***based on the way in which the defendant was recruited into the conspiracy.***"  The government reserved the right to object to such a request.

<u>Objection to Paragraph 111</u>

(Sophisticated Role Enhancement)

The parties are in agreement that given the particular facts of this case including the minimal role the defendant played in the conspiracy, a sophisticated role adjustment should not be imposed in this case against Javier Zambrana when determining Javier's advisory guideline range.

<u>Request for Variance</u>

"You are the bows from which your children as living arrow are sent forth."

Kahlil Gibran, on the duties of a parent.

"Children, obey your parents in the Lord; for this is right. Honor thy father and mother."

*Ephesians* Chapter 6 verse 1, on the duties of a child.

The plea agreement in this case includes a very unusual provision. It expressly provides for an exception to the usual "Booker waiver" language. The plea agreement states that the defendant may argue for a variance under 18 U.S.C. § 3553 "***based on the way in which the defendant was recruited into the conspiracy.***"

On January 31, 2006 Gladys Zambrana and Enrique Perez sat their twenty-one year old son Javier down at the kitchen table and showed him corporate documents which listed him as the sole corporate owner of ABC Home Health Care. They explained to him that they were going to put their business in his name because his

step-father (Co-Defendant Enrique Perez) was involved in a lawsuit and they wanted to hide the true ownership of the clinic from creditors.  Being a compliant and obedient son, Javier immediately agreed.  At that point, Javier was unaware of the fact that his mother and his step-father were involved in a medicare fraud scheme.

     Around two months later, Gladys and Enrique came to Javier with some more papers to sign.  He was told that he had to sign the papers because he was listed as the owner of ABC Home Health Care.  Once again, Javier did what he was asked and signed the forms.  Those forms turned out to be the Medicare provider application.

     Soon thereafter, Gladys and Enrique began asking Javier to do them more and more favors around the office.  He would be brought in to sign checks and make deposits.  Javier agreed to continue helping his mom and step-father around the office even though he was becoming suspicious about what was going on.  Rather than confront his mother and step-father about what appeared to be illegal activities, Javier turned a blind eye.  He chose to deliberately ignore and recklessly disregard that which was becoming all too obvious, that his mother and step-father were engaging in medicare fraud.

     Javier Zambrana had a difficult childhood. He struggled at home and he struggled at school. His father abandoned him at birth and he was raised by his mother Gladys and his aunt and uncle.  When Javier's mother married Enrique Perez, Javier was eleven years old.  Javier found his new father to be overbearing and controlling.  He would often leave home and seek refuge at his aunt and uncle's house.  Javier was constantly torn between his need to escape his step- father to protect himself and his need to be with his mother and earn her love.

At school, Javier had some very serious learning difficulties but he hid them from his parents.  Unable to understand the materials which were being presented in class, Javier would pretend to know and understand what was going on around him.  He left Coral Park Senior High School with a D average in the tenth grade.  His high school diploma was finally earned at a technical school, South Florida International Academy.

Unlike many people with difficult childhoods, Javier never got into any trouble with drugs or alcohol and he never got in trouble with the law.  Javier was always a very serious young man intent on doing well in life.  He dreamed of becoming a fireman.  He was always mindful that firemen had to be drug free.  When his friends would abuse alcohol and get rowdy, Javier would leave.  He was always concerned about making sure that nothing would interfere with his ability to become a fireman.

Sadly, Javier's parents were not as concerned about Javier's dreams.   Gladys and Enrique used their son for their own personal gain.  They used their son's name for their clinic and then they used their son's naivete to get him to do their bidding.  This does not however excuse Javier's responsibility.

At some point in the conspiracy, Javier Zambrana became aware of the fact that his mother and step-father were breaking the law.  He could have reported them to the authorities.  At the very least he should have immediately stopped assisting them.  Unfortunately, he did neither and as a result of his personal failure to act in his own best interest, Javier is now a convicted felon.  No matter what sentence Javier receives, he is going to have to spend the rest of his life telling potential employers that he is a convicted felon.  His dreams of becoming a fireman are shattered.  For a young man

like Javier, these consequences are very real and very very harsh. Javier requests that the court consider the way in which he was recruited into the conspiracy when fashioning a sentence that is just and fair.

WHEREFORE, the Defendant Javier Zambrana respectfully files this objection to his Pre-Sentence Report and request for a sentence below that called for in the Sentencing Guidelines.

>Respectfully submitted,
>/s/ William R. Barzee
>William R. Barzee
>Fla. Bar No. 0158720
>Courthouse Center, PH 1
>40 N.W. Third Street
>Miami, Florida 33128
>Tel: (305)374-3998
>Fax: (305)374-3985
>WilliamBarzee@barzeeflores.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 17th day of September 2010, and served on all appropriate parties through that system.

>/s/ William R. Barzee
>William R. Barzee