UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20534-CR-GOLD/MCALILEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAVIER ZAMBRANA | ) |
|    *et al.* | ) |
| _____ | ) |

**RESPONSE BY THE UNITED STATES OF AMERICA TO JAVIER ZAMBRANA'S OBJECTIONS TO THE PRE-SENTENCE REPORT AND REQUEST FOR VARIANCE**

The United States of America, through the undersigned counsel, hereby respectfully responds to defendant Javier Zambrana's Objections to the Pre-Sentence Report and Request for Variance (DE 236) (the "Objections").

**I.  Defendant's Objection to Paragraph 3 of the Pre-Sentence Report**

The United States does not oppose the defendant's position as to Paragraph 3 of the Pre-Sentence Report ("PSR"). As noted by the defendant, paragraphs 2 and 12 of the Plea Agreement provide that the defendant may argue for a variance under 18 U.S.C. § 3553 "based on the way in which the defendant was recruited into the conspiracy, conspiracy, which argument the United States may oppose . . .." [D.E. 194 at ¶12]. The United States' response to the defendant's argument for a variance is addressed below.

**II.  Defendant's Objection to Paragraph 11 of the Pre-Sentence Report**

Consistent with the terms of the Plea Agreement, the United States does not object to the defendant's assertion that the Court should not apply a sophisticated means enhancement under Section 2B1.1(b)(9) of the Sentencing Guidelines as it relates to *this specific defendant*.

### III.   Defendant's Request for Variance

Paragraph 12 of the Plea Agreement provides "that the defendant may argue for a variance under 18 U.S.C. § 3553 based on the way in which the defendant was recruited into the conspiracy, which argument the United States may oppose . . .." As an initial matter, the United States is not in a position to dispute the facts stated by the defendant in support of his request for a variance. However, the Court should note that as was explained during the defendant's change of plea hearing, the defendant signed State of Florida corporate documents making himself the sole corporate officer of ABC, when he knew that the real owners were his parents and another co-conspirator. The defendant also signed a Medicare provider application for ABC, falsely identifying himself as the owner of ABC. By signing the Medicare provider application, the defendant represented, among other things, that he was the true owner of ABC and that he would "not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare, and [would] not submit claims with deliberate ignorance or reckless disregard of their truth or falsity." Morever, as noted in the PSR, the defendant worked for his mother at ABC for a salary prior to becoming a nominee owner, meaning that he was exposed to the scheme even before agreeing to become the nominee owner of ABC. [PSR at 30]. In other words, the way in which the defendant was recruited into the conspiracy does not negate the role he played in it, nor does it negate the fact that he did so willfully.

Because the terms of the Plea Agreement already address the defendant's participation in the conspiracy under the Sentencing Guidelines through the joint recommendations of minimal role, and by not recommending the imposition of an enhancement for sophisticated means, the United States

submits that a sentence at the low end of the guidelines as contemplated by the Agreement provides a reasonable and just sentence as to this defendant.

DATED:     September 23, 2010

                                  Respectfully Submitted,

                                  WIFREDO A. FERRER
                                UNITED STATES ATTORNEY

By:     /S/ N. Nathan Dimock
       N. NATHAN DIMOCK
       TRIAL ATTORNEY
       Court Id. No. A5501195
       United States Department of Justice
       1400 New York Ave., NW
       Washington, D.C. 20005
       Telephone: (202) 514-0095
       Cell: (202) 355-5655
       Fax: (202) 514-6118
       Nathan.Dimock@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2010, I electronically filed the foregoing document, RESPONSE BY THE UNITED STATES OF AMERICA TO JAVIER ZAMBRANA'S OBJECTIONS TO THE PRE-SENTENCE REPORT AND REQUEST FOR VARIANCE, with the Clerk of Court using CM/ECF.

/s/ N. Nathan Dimock
N. Nathan Dimock